IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 08-44 |
| | : | |
| MARK GREEN | : | |

# **ORDER**

AND NOW, this 16th day of May, 2011, it is ORDERED Defendant Mark Green's Omnibus Post-Verdict Motion (Document 104) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.