IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No.  08-44 |
| | : | |
| MARK GREEN | : | |

**<u>JUDGMENT FINAL ORDER OF FORFEITURE</u>**

WHEREAS, on February 23, 2010, this Court ordered forfeiture to the United States, for the property described below.

AND WHEREAS, pursuant to Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Judgment and Preliminary Order of Forfeiture was placed on an official government internet site for 30 consecutive days commencing on March 5, 2010, and ending on April 4, 2010.

AND WHEREAS, direct written notice of the Judgment and Preliminary Order of Forfeiture was provided to all persons known by the Government to have alleged an interest in the property subject to the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, the Court finds based on the defendant's guilty conviction that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. § 982.

ACCORDINGLY, this 12th day of January, 2012, it is ORDERED:

1.      All right, title and interest of all persons, their heirs and assigns in the property

listed in the Judgment and Preliminary Order of Forfeiture entered on February 23, 2010, and described below, is hereby fully and finally forfeited to the United States of America pursuant to 18 U.S.C. § 982:

    a.    2005 Mercedes-Benz SL500, VIN # WDBSK75F85F091160, PA Registration TG875 seized on August 2, 2007;

    b.    $9,000 forfeiture money judgment as the result of the fraudulent use of access devices at the Mercedes-Benz of Fort Washington Service Center.

2.    All right, title and interest of all persons, their heirs and assigns in the property listed in the Judgment and Preliminary Order of Forfeiture entered on February 23, 2010, and described above, is hereby vested in the United States of America.

3.    United States Secret Service shall dispose of the forfeited property in accordance with the law and the rules of the Court.

4.    The Judgment in this matter shall be amended to include reference to this Final Order of Forfeiture, as required by Federal Rule of Criminal Procedure 32.2(b)(4)(B).

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.